IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:01-00005 |
| ) | Chief Judge Haynes |
| BENNY LAY ) | |

### ORDER OF MODIFICATION OF SUPERVISED RELEASE

This matter came on to be heard on February 15, 2013, pursuant to petitions filed by the U.S. Probation Department.

After reviewing the record, including the assessment of January 22, 2013, conducted by Centerstone, and hearing argument of the parties, it is hereby

ORDERED that the defendant's conditions of supervised release are modified as follows:

On March 1, 2013, the defendant shall report to Buffalo Valley Treatment Facility, and shall remain there as an inpatient for 30 days. If the defendant successfully completes the 30 days of treatment, the period of supervised release will be terminated. If defendant fails to successfully complete the 30 days of treatment, the Court shall be notified, and a hearing to determine further disposition will be scheduled.

Dated: February 25, 2013

WILLIAM J. HAYNES
CHIEF U.S. DISTRICT JUDGE